**The relief described hereinbelow is SO ORDERED.**

**Signed December 17, 2018.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-60755 |
| | § | |
| ROBERT COREY ALFORD AND | § | |
| HARRIET ANNE ALFORD | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

### ORDER GRANTING MOTION TO MODIFY
### A CONFIRMED CHAPTER 13 PLAN

On this day came to be heard the Motion to Modify Chapter 13 Plan (hereinafter referred to as the "Motion") filed by Robert Corey Alford and Harriet Anne Alford, the Debtors in the above referenced bankruptcy case (hereinafter referred to as "Debtors"). The Court, after considering the Motion, determines that it should be granted and orders as follows:

ORDERED that the Debtors' Chapter 13 Plan is modified as provided in the Motion.

IT IS FURTHER ORDERED that conduit mortgage payments will be made to the Debtors' mortgage company, Wells Fargo Bank, N.A. beginning with the January 2019 mortgage payment. The mortgage payments are currently $1,286.32 a month.

IT IS FURTHER ORDERED that post-petition arrears of $4,109.43 on the Debtors' mortgage with Wells Fargo Bank, N.A. shall be included in and paid through the Plan without interest.

IT IS FURTHER ORDERED that the length of the Plan shall remain 60 months.

IT IS FURTHER ORDERED that the Plan payments shall be modified to the total paid in months one through 37 of $53,645.51 plus $1,450.00 per month for month 38, $2,950.00 per month for months 39-43, and $3,234.00 per month for months 44-60.

IT IS FURTHER ORDERED that the base amount of the Plan shall be $124,828.51.

# # #

ORDER PREPARED AND SUBMITTED BY:

/s/ Samantha Kehl
Samantha Kehl
Texas State Bar No. 24062821
The Kehl Law Firm, P.C.
3706 Bellmead Dr.
Waco, Texas 76705
254-870-0105 Phone
888-317-7610 Fax
samantha_kehl@thekehllawfirm.com

ATTORNEY FOR DEBTORS